IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| GLORIA OF THE HOUSE OF PAET, AS THE UNITED STATES IN REM, ET AL. LIBERTAS,<br><br>Plaintiff,<br><br>vs.<br><br>CAROL JAMES, AN INDIVIDUAL AND AS CITIZEN OF THE UNITED STATES, INC.; WILLIAM JAMES II, AN INDIVIDUAL AND AS CITIZEN OF THE UNITED STATES, INC.; KA TUMATU, AN INDIVIDUAL, ET AL.,<br><br>Defendants. | CIVIL NO. 14-00503 DKW-RLP<br><br>**ORDER DISMISSING CASE** |

## **ORDER DISMISSING CASE**

On October 28, 2014, Plaintiff pro se Gloria of the House of Paet filed an Admissions Statement re: Indictment for Conspiracy and Deprivation ("Admissions Statement"), but did pay the filing fee for a civil action. In its November 5, 2014 Deficiency Order, the Court directed Plaintiff to either pay the statutory filing fee, submit a fully completed and executed application to proceed in forma pauperis, or

1

file a Notice of Withdrawal by December 1, 2014. The Court cautioned Plaintiff that failure to do so would result in the dismissal of this action for failure to prosecute or otherwise follow a court order. *See* Fed. R. Civ. P. 41(b); *Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995) (stating that the district court has authority to dismiss the complaint for failure to pay partial filing fee); *In re Perroton*, 958 F.2d 889, 890 (9th Cir. 1992) (affirming dismissal of appeal of pro se litigant for failure to pay required filing fees).

Plaintiff did not pay the statutory filing fee, did not file an application to proceed in forma pauperis, did not file a notice of withdrawal, and did not take any other action by the December 1, 2014 deadline. As a result, this case is hereby dismissed.

IT IS SO ORDERED.

DATED: December 2, 2014 at Honolulu, Hawai'i.

Derrick K. Watson
United States District Judge

---

Gloria House of Paet v. James, et al.; Civil No. 14-00503 DKW-RLP; **ORDER DISMISSING CASE**